UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAAKET VARMA,

Plaintiff,

v. Case No. 8:25-cv-1918-WFJ-CPT

IQVIA INC.,

Defendant.
___________________/

**O R D E R**

Before the Court is attorneys Jason W. Imler and Alberto "Tito" Gonzalez's unopposed motion to withdraw as counsel for Plaintiff Saaket Varma. (Doc. 30). Mr. Imler and Mr. Gonzalez represent in their motion that the Plaintiff consents to their withdrawal. *Id.* Mr. Imler and Mr. Gonzalez also state that the Plaintiff does not oppose their withdrawal request. *Id.*

In light of the above, it is hereby ORDERED that Mr. Imler and Mr. Gonzalez's motion to withdraw is granted in part and denied in part as follows:

1. Mr. Imler and Mr. Gonzalez are relieved of any further responsibility in this action, **PROVIDED** that they promptly furnish the Plaintiff with a copy of this Order.

2. The Clerk of Court is directed to terminate Mr. Imler and Mr. Gonzalez as the Plaintiff's counsel of record.

3. The Clerk of Court and other counsel of record shall send all future filings to the Plaintiff at the below physical and email addresses:

Saaket Varma
4034 Alissa Ln
Haines City, FL 33844
Email: saaket.varma@gmail.com
Telephone number: (716) 812-5453

4. Nothing in this Order shall be construed as excusing the parties from fulfilling their respective obligations under any of the Court's prior Orders.

5. The motion is denied in all other respects.

SO ORDERED in Tampa, Florida, this 9th day of September 2026.

Christopher P. Tuite
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record
Pro se Plaintiff